# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Janice Bailey  
        Debtor

BK NO. 17-00686 JJT

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Caliber Home Loans as Servicer for LSF9 Master Participation Trust and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/James C. Warmbrodt, Esquire**  
                    James C. Warmbrodt, Esquire  
                    KML Law Group, P.C.  
                    BNY Mellon Independence Center  
                    701 Market Street, Suite 5000  
                    Philadelphia, PA 19106  
                    412-430-3594