```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 17-00686-JJT
Janice Bailey                                                       Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: Apr 06, 2017
                              Form ID: ntnew341         Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db              +Janice Bailey,    9 James Court,    Mount Pocono, PA 18344-1509
4895648         +Caliber Home Loans, Inc.,    Attn: Bankruptcy Department,    16745 W. Bernardo, Suite 300,
                  San Diego, CA 92127-1908
4895651          Wells Fargo Bank. N.A.,    MAC F8235-02F,    PO Box 10438,    Des Moines, IA  50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4895649         +Fax: 407-737-5634 Apr 06 2017 19:05:58      Ocwen Loan Servicing,    1661 Worthington Road,
                  West Palm Beach, FL 33409-6493
4895650          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 19:04:08
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                  Harrisburg, PA   17128-0946
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4904233*         Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com
              Jerome B Blank     on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Steven R Savoia     on behalf of Debtor Janice Bailey ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Janice Bailey  
Debtor(s)

Chapter 13

Case No. 5:17−bk−00686−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: June 19, 2017 |
| --- | --- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: CGambini |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2017 |