UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Janice Bailey

   And                                             : CASE NO.: 17-00686

   Debtors                                     : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA  18360
Email: MKnitter@monroecountypa.gov

                                     "/s/ Melinda S. Knitter"
                                     Melinda S. Knitter, Bankruptcy Clerk

Parcel # 08/10/1/5-67