```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 17-00686-JJT
Janice Bailey                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: CGambini          Page 1 of 1          Date Rcvd: Jun 13, 2017
                          Form ID: ntnew341       Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
```
db            +Janice Bailey,    9 James Court,    Mount Pocono, PA 18344-1509
cr            +Wells Fargo Bank, N.A.,    MAC F4031-086,    800 Walnut Street,    Des Moines, IA 50309-3605
4895648       +Caliber Home Loans, Inc.,    Attn: Bankruptcy Department,    16745 W. Bernardo, Suite 300,
                San Diego, CA 92127-1908
4908262        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Monies, IA 50306-0438
4895651        Wells Fargo Bank. N.A.,    MAC F8235-02F,    PO Box 10438,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895648       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 13 2017 19:16:06     Caliber Home Loans, Inc.,
                Attn: Bankruptcy Department,    16745 W. Bernardo, Suite 300,    San Diego, CA 92127-1908
4907782        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2017 19:18:27
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4907441       +E-mail/Text: MKnitter@monroecountypa.gov Jun 13 2017 19:15:44
                Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4895649       +Fax: 407-737-5634 Jun 13 2017 19:28:35     Ocwen Loan Servicing,    1661 Worthington Road,
                West Palm Beach, FL 33409-6493
4895650        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 19:15:31
                Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                Harrisburg, PA  17128-0946
4924368        E-mail/Text: bkdepartment@rtresolutions.com Jun 13 2017 19:15:46
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite 150,
                Dallas, Texas 75247-4029
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4904233*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal pamb@fedphe.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Steven R Savoia    on behalf of Debtor Janice  Bailey ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. mortonlaw.bcraig@verizon.net,
               mhazlett@mortoncraig.com;tfitz@mortoncraig.com
                                                                                              TOTAL: 8
```

| | |
|---|---|
| ntnew341 (12/14) | |
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Janice Bailey<br>Debtor(s) | Chapter | 13 |
| | Case No. | 5:17−bk−00686−JJT |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: July 31, 2017<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2017 |