```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 17-00686-JJT
Janice Bailey                                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: JGoodling            Page 1 of 1           Date Rcvd: Jul 25, 2017
                             Form ID: ntnew341          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
```
db          +Janice Bailey,    9 James Court,    Mount Pocono, PA 18344-1509
cr          +Wells Fargo Bank, N.A.,    MAC F4031-086,    800 Walnut Street,    Des Moines, IA 50309-3605
4936999      Deutsche Bank National Trust Company, et al,    Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL, 33416-4605
4947177      US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
4908262      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Monies, IA 50306-0438
4895651      Wells Fargo Bank. N.A.,    MAC F8235-02F,    PO Box 10438,    Des Moines, IA  50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895648     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 25 2017 18:57:03     Caliber Home Loans, Inc.,
             Attn: Bankruptcy Department,    16745 W. Bernardo, Suite 300,    San Diego, CA 92127-1908
4937854     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 25 2017 18:57:03
             LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
4907782      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2017 18:54:06
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
             N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4907441     +E-mail/Text: MKnitter@monroecountypa.gov Jul 25 2017 18:56:53
             Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4895649     +Fax: 407-737-5634 Jul 25 2017 19:03:00     Ocwen Loan Servicing,    1661 Worthington Road,
             West Palm Beach, FL 33409-6493
4895650      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2017 18:56:48
             Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
             Harrisburg, PA  17128-0946
4924368      E-mail/Text: bkdepartment@rtresolutions.com Jul 25 2017 18:56:54
             Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite 150,
             Dallas, Texas 75247-4029
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4904233*     Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal pamb@fedphe.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Steven R Savoia    on behalf of Debtor Janice  Bailey ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Janice Bailey  
Debtor(s)

Chapter 13

Case No. 5:17−bk−00686−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 16, 2017 |
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: JGoodling, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 25, 2017