```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00686-JJT
Janice Bailey                                                   Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: CGambini        Page 1 of 2        Date Rcvd: Aug 09, 2017
                            Form ID: ordsmiss      Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db          +Janice Bailey,   9 James Court,   Mount Pocono, PA 18344-1509
4936999      Deutsche Bank National Trust Company, et al,   Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL, 33416-4605
4947177      US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: WFFC.COM Aug 09 2017 19:08:00      Wells Fargo Bank, N.A.,   MAC F4031-086,
             800 Walnut Street,   Des Moines, IA 50309-3605
4895648     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 09 2017 19:06:38      Caliber Home Loans, Inc.,
             Attn: Bankruptcy Department,   16745 W. Bernardo, Suite 300,   San Diego, CA 92127-1908
4937854     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 09 2017 19:06:38
             LSF9 Master Participation Trust,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
4907782      EDI: RESURGENT.COM Aug 09 2017 19:08:00      LVNV Funding, LLC its successors and assigns as,
             assignee of Citibank (South Dakota),,   N.A.,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
4907441     +E-mail/Text: MKnitter@monroecountypa.gov Aug 09 2017 19:06:15
             Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4895649     +Fax: 407-737-5634 Aug 09 2017 19:19:54      Ocwen Loan Servicing,   1661 Worthington Road,
             West Palm Beach, FL 33409-6493
4895650      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2017 19:06:10
             Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
             Harrisburg, PA  17128-0946
4924368      E-mail/Text: bkdepartment@rtresolutions.com Aug 09 2017 19:06:17
             Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite 150,
             Dallas, Texas 75247-4029
4908262      EDI: WFFC.COM Aug 09 2017 19:08:00      Wells Fargo Bank, N.A.,   PO Box 10438,
             Des Monies, IA 50306-0438
4895651      EDI: WFFC.COM Aug 09 2017 19:08:00      Wells Fargo Bank. N.A.,   MAC F8235-02F,   PO Box 10438,
             Des Moines, IA  50306-0438
                                                                        TOTAL: 10


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4904233*     Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
        James  Warmbrodt   on  behalf  of  Creditor   LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com
        Jerome B Blank   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
        Mario John Hanyon   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
        Mario John Hanyon   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
         etal pamb@fedphe.com
        Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
        Steven R Savoia   on behalf of Debtor Janice  Bailey ssavoia@ptd.net
        Thomas  Song   on  behalf  of  Creditor   Deutsche Bank National Trust Company, As Trustee For etal
         thomas.song@phelanhallinan.com,  tomysong@hotmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A. ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Janice Bailey                                     Chapter          13
**Debtor(s)**

Case No.        5:17–bk–00686–JJT

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated:  August 9, 2017                            By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk